IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

VICTORIA STAFFORD                                                                                    PLAINTIFF

v.                                           Case No. 4:23-cv-4116

SEBASTIAN KOVACI, Individually and d/b/a
BA Express; JOHN DOES 1-3                                                                      DEFENDANTS

**<u>ORDER</u>**

Before the Court is a Motion to Substitute Counsel (ECF No. 19) and a Motion to Withdraw as Counsel (ECF No. 20). Current counsel of record for Plaintiff Sach D. Oliver, T. Ryan Scott, Geoff D. Hamby, Samuel W. Mason, and Andrea D. McCurdy of Oliver Law Firm request to be withdrawn as counsel. Chris Hussein and Ryan Jewell of Taylor Law Partners, LLP request that they be substituted in as new counsel of record for Plaintiff.

Upon review, the Court finds that good cause for the instant motions has been shown. The Motion to Withdraw as Counsel (ECF No. 20) is hereby **GRANTED**. The Clerk of Court is hereby **directed** to remove Sach D. Oliver, T. Ryan Scott, Geoff D. Hamby, Samuel W. Mason, and Andrea D. McCurdy as counsel of record for Plaintiff and from the CM/ECF notification system for this case. The Motion to Substitute Counsel (ECF No. 19) is hereby **GRANTED**. Chris Hussein and Ryan Jewell are substituted as new counsel of record for Plaintiff.

**IT IS SO ORDERED**, this 16th day of July, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge